**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2082**

---

ADDIE WILLIAMS; ROSA YOUNG,

                              Plaintiffs - Appellants,

        versus

PRINCE GEORGE'S HOSPITAL CENTER; DOCTOR DUGAN,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, Magistrate Judge.
(CA-94-3505-CCB)

---

Submitted:  November 21, 1996        Decided:  December 3, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Addie Williams, Rosa Young, Appellants Pro Se.  Joseph Michael
McGuire, SHAWE & ROSENTHAL, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying their motion for reconsideration of a prior order granting summary judgment to the Defendants on their action alleging employment discrimination, civil RICO violations, and other state law claims. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Williams v. Prince George's Hospital Ctr.</u>, No. CA-94-3505-CCB (D. Md. July 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2